## DOUB v. DOUB

No. 364PA84.

Case below: 68 N.C. App. 718.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 August 1984.

## DOUGLAS v. PARKS

No. 334P84.

Case below: 68 N.C. App. 496.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## EASON v. GOULD, INC.

No. 276PA84.

Case below: 66 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 August 1984.

## ELLIOTT v. DUKE UNIVERSITY

No. 159P84.

Case below: 66 N.C. App. 590.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## FIBER INDUSTRIES, INC. v. SALEM CARPET MILLS, INC.

No. 374P84.

Case below: 68 N.C. App. 690.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.